IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

CLARENCE FRANKLIN                                                                              PLAINTIFF

vs.                                      Civil No. 6:16-cv-06061

NANCY A. BERRYHILL                                                                         DEFENDANT
Commissioner, Social Security Administration


**AMENDED JUDGMENT**

    Comes now the Court on this the 7th day of July 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

    **IT IS SO ORDERED.**

                                                /s/ Barry A. Bryant
                                              HON. BARRY A. BRYANT
                                              U. S. MAGISTRATE JUDGE